IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REGINALD FULLARD, )
)
　　　　　Plaintiff, )
)
　　v. ) 1:21CV302
)
UNKNOWN AGENTS/EMPLOYEE )
JAILER SHERIFFS UNNAMED )
EMPLOYEES, et al., )
)
　　　　　Defendant(s). )

**ORDER**

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 14, 2021, was served on the parties in this action. Plaintiff filed an objection to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

The Court further notes that to the extent Plaintiff requests copies of several "unpublished decisions" concerning previous actions he brought before this Court (*see* Docket Entry 5 at 2), his request is denied. The Court is under no obligation to provide Plaintiff additional free copies of documents that he did not have access to due to a prison transfer. (*See id.*) If additional copies of court filings are desired, the Clerk of Court processes requests for a fee of fifty cents per page. *See* 28 U.S.C. § 1914 n.4 (District Court Miscellaneous Fee

Schedule). Thus, Plaintiff may submit his request for copies directly to the Clerk and pay the required fee. Accordingly,

IT IS THEREFORE ORDERED that this action is FILED and DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, and accompanied by the $400.00 filing fee.

A judgment dismissing this action will be entered contemporaneously with this Order.

This, the 10th day of May 2021.

/s/ Loretta C. Biggs
United States District Judge