IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| REGINALD FULLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:21CV302 |
| | ) | |
| UNKNOWN AGENTS/EMPLOYEE | ) | |
| JAILER SHERIFFS UNNAMED | ) | |
| EMPLOYEES, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 5, 2021, was served on the parties in this action. (ECF Nos. 9, 10). Plaintiff filed an objection to the Recommendation. (ECF No. 11).

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that Plaintiff's document entitled, "Objections to Orders and Recommendations Entry in Prejudice, Miscarriage of Justice, Obstruction, Retaliation Violations Prohibited 28 C.F.R. § 35.104, 4th Am. U.S.C.A., 1st Am. U.S.C.A., 42

U.S.C.A. § 12101 et. Seq.," construed as a motion for reconsideration under Rule 60(b), (ECF No 8), is DENIED.

This, the 14th day of September 2021.

/s/ Loretta C. Biggs
United States District Judge